## ETHEL DAVIS v. WENDELL S. SIMMONS AND JEFFERY BLACKMON.

(Filed 22 September, 1954.)

APPEAL by plaintiff from *Sink, J.,* July Term 1954, SURRY. No error.

About 1:00 a.m. on 31 May 1953, plaintiff was lying prone across the westerly half of Highway 52 near Mount Airy. She was apparently in a drunken stupor. Defendants, traveling in a southerly direction, meeting automobiles going in the opposite direction, ran over a part of plaintiff's body. Defendant Blackmon was the owner of the automobile, and Simmons was, at the time, operating the vehicle.

The jury answered the first issue of negligence "No." The court below entered judgment on the verdict and plaintiff appealed.

STATE *v.* SMITH.

*Frank Freeman and J. N. Freeman for plaintiff appellant.*
*Ratcliff, Vaughn, Hudson, Ferrell & Carter for defendant appellees.*

PER CURIAM. Plaintiff's assignments of error fail to disclose any error in the trial in the court below such as would entitle her to a new trial. None of them are of sufficient merit to require discussion. The jury has resolved the facts adversely to plaintiff. She must abide the result.

No error.